■ INCREDIBLE INVESTMENTS LIMITED, on its Own and on Behalf of ONE NIAGARA, LLC, Respondent, v PAUL GRENGA, Individually and as President of WHITESTAR DEVELOPMENT CORP. and Another, et al., Appellants, et al., Defendant. (Appeal No. 1.) [999 NYS2d 914]—Appeal from an order of the Supreme Court, Niagara County (Timothy J. Walker, A.J.), entered March 8, 2013. The order, among other things, granted plaintiff's motion for partial summary judgment and denied defendants' cross motion for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985, 985 [1990]). Present—Smith, J.P., Centra, Fahey, Lindley and Whalen, JJ.